X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd.
La Jolla, CA 92037
Telephone: 858-454-4313
Facsimile: 858-454-4314
jon@x-patents.com

Attorneys for Plaintiff
Ivera Medical Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXCELSIOR MEDICAL CORPORATION,<br><br>　　　　Defendant. | Case No. **'11CV1115 H    JMA**<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

　　Plaintiff Ivera Medical Corporation ("Ivera") for its Complaint against Defendant Excelsior Medical Corporation ("Excelsior") avers as follows:

**PARTIES**

　　1.　Plaintiff Ivera is a California corporation that maintains its principal place of business at 3525 Del Mar Heights Road, Suite 430, San Diego, California, 92130.

　　2.　Defendant Excelsior is a corporation that maintains its principal place of business at 1933 Heck Avenue, Neptune, New Jersey, 07753.

**JURISDICTION**

　　3.　This Court has personal jurisdiction over Excelsior because, on information and belief, Excelsior purposefully ships the infringing SwabCap products through

established distribution channels into the State of California and the Southern District of California. On information and belief, Excelsior is engaged in substantial and regular business in the State of California and the Southern District of California.

4. Venue is proper under 28 U.S.C. §§1391(b) and (c) and 1400(b) because Excelsior offers the infringing products for sale in the Southern District of California and because Excelsior is subject to personal jurisdiction in the Southern District of California.

## BACKGROUND

5. Ivera manufactures, markets, and sells the Curos® Port Protector, a device that disinfects and protects the entry port on certain types of valves used with intravenous lines to help reduce bloodstream infections in hospital patients.

6. On August 24, 2010, United States Patent No. 7,780,794 B2 (the '794 patent), on an invention entitled "Medical Implement Cleaning Device," was duly and legally issued by the United States Patent and Trademark Office. A copy of the '794 patent is attached hereto as Exhibit A.

7. The '794 patent has been in force and effect since its issuance. Ivera has been at all times, and still is, the owner of the entire right, title and interest in and to the '794 patent.

8. Excelsior sells throughout the United States a product line it refers to as the SwabCap®.

## FIRST CAUSE OF ACTION
### COUNT I
### (INFRINGEMENT OF THE '794 PATENT)

9. Ivera realleges and incorporates the previous paragraphs of this Complaint as though set forth in full herein.

10. Excelsior has used, offered for sale, sold, and/or imported into the United States products, including at least the SwabCap®, which literally and under the doctrine of equivalents infringes one or more claims of the '794 patent in violation of 35 U.S.C. §271.

11. Ivera has been damaged and has suffered irreparable injury due to acts of infringement by Excelsior and will continue to suffer irreparable injury unless Excelsior's activities are enjoined.

12. Ivera has suffered and will continue to suffer substantial damages by reason of Excelsior's acts of patent infringement alleged above, and Ivera is entitled to recover from Excelsior the damages sustained as a result of Excelsior's acts.

13. Excelsior has willfully and deliberately infringed the '794 patent in disregard of Ivera's rights.

## PRAYER FOR RELIEF

WHEREFORE, Ivera prays that judgment be entered by this Court in its favor and against Excelsior as follows:

    A.    That Excelsior has infringed the '794 patent;

    B.    Permanently enjoining and restraining Excelsior, its agents, affiliates, subsidiaries, servants, employees, officers, directors, attorneys and those persons in active concert with or controlled by Excelsior from further infringing the '794 patent;

    C.    That Excelsior's infringement of the '794 patent was willful;

    D.    For an award of damages adequate to compensate Ivera for the damages it has suffered as a result of Excelsior's conduct, including pre-judgment interest and a trebling of such damages due to Excelsior's willful infringement;

    E.    That Excelsior be directed to withdraw from distribution all infringing products, whether in the possession of Excelsior or its distributors or retailers, and that all infringing products or materials be impounded or destroyed;

    F.    For monetary damages in an amount according to proof;

    G.    For interest on said damages at the legal rate from and after the date such damages were incurred;

    H.    That this is an exceptional case and for an award of Ivera's attorney fees and costs;

I.    For such other relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff Ivera hereby demands a jury trial as to all issues that are so triable.

Dated: May 20, 2011        X-PATENTS, APC

By:   /s/Jonathan Hangartner
        JONATHAN HANGARTNER

Attorneys for Plaintiff Ivera Medical Corporation

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
IVERA MEDICAL CORPORATION

(b) County of Residence of First Listed Plaintiff: **San Diego, CA**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jonathan Hangartner, Esq., X-Patents, APC; 5670 La Jolla Blvd., La Jolla, CA 92037; Tel: 858-454-4313

## DEFENDANTS
EXCELSIOR MEDICAL CORPORATION

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**'11CV1115 H    JMA**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 USC 271

Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE: Leonard Davis
DOCKET NUMBER: 6:11-cv-220 ED Texas

DATE: 5-20-11
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____