**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>                                 Plaintiff,<br>  vs.<br><br>EXCELSIOR MEDICAL CORPORATION,<br><br>                                Defendant. | CASE NO. 11-CV-1115-H-JMA<br>CASE NO. 12-CV-1581-H-JMA<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES** |

      On February 25, 2013, the parties filed a joint motion to consolidate Case No. 11-cv-1115 with Case No. 12-cv-1581. (Case No. 12-cv-1581, Doc. No. 27.) The Court, for good cause shown, grants the parties' joint motion and orders that these actions be consolidated. Fed. R. Civ. P. 42(a).

**IT IS SO ORDERED**.

Dated: February 26, 2013

                                                      MARILYN L. HUFF, District Judge
                                                        UNITED STATES DISTRICT COURT