Michael Murphy, Cal. Bar No. 234695
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
E-mail: mmurphy@sheppardmullin.com

Michael R. Friscia (*pro hac vice*)
Mark H. Anania (*pro hac vice*)
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
E-mail: mfriscia@mccarter.com
  manania@mccarter.com

Attorneys for Defendant
Excelsior Medical Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>EXCELSIOR MEDICAL CORPORATION,<br><br>  Defendant. | Case Nos. 11-cv-01115-H (RBB)<br>  12-cv-01581-H (RBB)<br>  (consolidated)<br><br>**NOTICE OF EXCELSIOR MEDICAL CORPORATION'S POSITION ON JOINT MOTION FILED IN RELATED CASE** |

1    PLEASE TAKE NOTICE THAT on June 17, 2013, the parties to *Ivera
2 Medical Corporation v. Hospira, Inc.*, Case Nos. 11-cv-01246-H (RBB), 12-cv-
3 01582-H (RBB) (consolidated), Ivera Medical Corporation ("Ivera") and Hospira
4 Inc. ("Hospira"), filed a joint motion for clarification or reconsideration with the
5 Court regarding the Court's June 5, 2013 Order Granting in Part and Denying in
6 Part Hospira's Motion to Modify the Claim Construction Schedule (the "Order").
7 (*See* Case No. 11-cv-01246-H-RBB, D.E. 75 at 2.)[1]  In their motion, Hospira and
8 Ivera explain why they do not believe that they should submit briefs addressing the
9 construction of claim terms under the existing briefing schedule enumerated in the
10 Order. (*See id.* at 2-4.)  Since the Order applies to this action as well (*see* D.E. 42),
11 Excelsior Medical Corporation ("Excelsior") submits this notice to provide the
12 Court with its position.
13    The Court's Order found good cause to modify the claim construction
14 schedule "with respect to the claims rejected by the PTO," but instructed that
15 briefing would still go forward on those "claims that the PTO did not reject." (D.E.
16 42).  However, as noted in Ivera and Hospira's joint motion, the only claims that
17 were not rejected in the *inter partes* reexamination proceedings were *un*asserted
18 claims; all of the *asserted* claims stand rejected.  Since all of the asserted claims
19 stand rejected, Excelsior maintains that claim construction briefing should be
20 suspended per the Order, and that no party should brief terms of unasserted claims.
21 Nevertheless, given certain language in the Order, like Ivera and Hospira, Excelsior
22 also would benefit from clarification from the Court that no claim construction
23 briefing need be submitted at this time.

---

25 [1] The motion inadvertently refers to Case Nos. 11-cv-01246-H (RBB) and 11-cv-
26 01582-H (RBB).  Nonetheless, it is apparent that the motion relates to Case Nos. 11-
cv-01246-H (RBB) and 12-cv-01582-H (RBB), which are pending patent
27 infringement actions concerning Ivera Medical Corporation and Hospira, Inc.

In the event that the Court is not inclined to provide this clarification, Excelsior respectfully requests that the Court hold an emergency conference call at its earliest convenience so that the parties may be fully heard on these matters in advance of the June 21, 2013 deadline in the existing claim construction briefing schedule.

Respectfully submitted,

DATED: June 18, 2013

SHEPPARD MULLIN RICHTER & HAMPTON LLP


By   s/ Michael Murphy
     MICHAEL MURPHY

Attorneys for Defendant/Counterclaim Plaintiff
EXCELSIOR MEDICAL CORPORATION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served by electronically filing the same with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

> Jonathan Hangartner
> X-PATENTS, APC
> 5670 La Jolla Blvd.
> La Jolla, CA 92037
> Telephone: 858-454-4313
> Facsimile: 858-454-4314

This the 18th day of June, 2013.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   s/ Michael Murphy
       MICHAEL MURPHY

Attorneys for Defendant/Counterclaim Plaintiff
EXCELSIOR MEDICAL CORPORATION