# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| IVERA MEDICAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>EXCELSIOR MEDICAL CORPORATION,<br><br>Defendant.<br><br>AND RELATED CASES | CASE NO. 11-CV-1115-H-RBB<br>CASE NO. 12-CV-1581-H-RBB<br><br>**ORDER CONTINUING CLAIM CONSTRUCTION HEARING** |
|---|---|

On June 18, 2013, the Court issued an order modifying the claim construction schedule in the related cases <u>Ivera Medical Corp. v. Hospira, Inc.</u>, Case Nos. 11-cv-1246 and 12-cv-1582 (the "Hospira Cases"). A copy of the order is attached as Exhibit A. As these consolidated cases involve the same plaintiff and the same patents as the Hospira Cases, the Court will hold a combined claim construction hearing on **Friday, September 27, 2013, at 9:00 a.m.** The claim construction briefing schedule will follow the schedule set forth in the Court's June 18, 2013, order.

Additionally, the Court requested briefing in the Hospira Cases on the validity of the patents-in-suit given the recent office actions by the PTO. (Ex. A at pp. 2-3.) Defendant Excelsior Medical Corporation ("Excelsior") may file a brief in opposition to Plaintiff Ivera Medical Corporation's brief addressing the validity of the patents-in-

- 1 -

1  suit on or before **August 26, 2013**.

3  **IT IS SO ORDERED**.

4  Dated: July 3, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT