# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br><br>    Plaintiff-Counterdefendant,<br>vs.<br><br>EXCELSIOR MEDICAL CORPORATION,<br><br>    Defendant-Counterplaintiff. | Case Nos.:<br>11-cv-1115-H-RBB<br>12-cv-1581-H-RBB<br><br>**JUDGMENT FOR DEFENDANT EXCELSIOR MEDICAL CORPORATION** |

On April 29, 2014, the Court granted summary judgment of invalidity based on obviousness against Plaintiff Ivera and for Defendant Excelsior as to all asserted patent claims. (Doc. No. 119.) On June 11, 2014, the Court issued an order pursuant to Federal Rule of Civil Procedure 41(a) on the parties' stipulated dismissal of Excelsior's unenforceability and non-infringement counterclaims. (Doc. No. 130.) Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that judgment be and is entered in favor of Defendant Excelsior and against Plaintiff Ivera.

**IT IS SO ORDERED.**

DATED: June 11, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT